UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEJANDRA P. CABREJO,

    Plaintiff,

v.                                                 Case No. 8:23-cv-715-KKM-AEP

ELDERLY HEALTH CARE LLC
& GLORIA LECARO,

    Defendants.
_____

## ORDER

On June 2, 2023, the United States Magistrate Judge entered a Report and Recommendation, recommending that the parties' motion for approval of their settlement agreement (Doc. 20) be granted. R&R (Doc. 21). The fourteen-day deadline, for any party to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein; approves the settlement agreement, and dismisses this action without prejudice.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection

to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation. The parties' settlement agreement is a fair and reasonable resolution of their dispute regarding Plaintiff's claims.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order for all purposes.

2. The Motion for Settlement Approval (Doc. 20) is **GRANTED**. The court will retain jurisdiction until **July 11, 2023.**

3. On July 12, 2023, this action is **DISMISSED with prejudice.**

4. The Clerk is directed to **TERMINATE** all pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on June 21, 2023.

Kathryn Kimball Mizelle
United States District Judge